# **STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))**

I, Dennisha Moss, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☒ My employer did not provide pay stubs.

☐ Other

I drive for Uber.

Date  08/09/2018          Signature  **/s/ Dennisha Moss**
                                     Dennisha Moss
                                     Debtor

Date                      Signature  **/s/**

                                     Debtor